7:22-CV-079-KOB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

2022 MAY 25 P 12:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

Jeffery LYNN FAIR

Inmate Identification Number: 145848

28779 Nick Davis RD
Harvest AL. 35749

(Enter above the full name of the plaintiff
in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Jeffery T. WestBrook CO1 BiBB Correctional Facility
Christopher Gordy (Warden) BiBB Correctional Facility
565 BiBB Lane
Brent AL. 35034

(Enter above full name(s) of the defendant(s)
in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( )    No (✓)

   B. If the answer to (A) is "yes" describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

      Plaintiff:    N/A

      Defendant(s):    N/A

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement  **LiMeStoNe Correctional Facility**

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )    No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (✓)   No ( )

   C. If your answer is YES:

      1. What steps did you take? **Requested to Warden Gordy to Review the Video of this Incident & Asked to See Internal Investigations. Later Called Dept. of Justice (Ms. K. Johnson)**

      2. What was the result? **Nothing - Was found guilty of Assault on Person Associated with ADOC and Transferred to A Maximum Security Prison.**

   D. If your answer is NO, explain why not: _____

3

III. Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Jeffery Lynn Fair #145848
   Limestone Correctional Facility
   Address 28779 Nick Davis RD
   Harvest AL. 35749

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Jeffery T. Westbrook
   Is employed as CO1 (ADOC)
   at Bibb Correctional Facility

C. Additional Defendants Christopher Gordy
   Warden
   Bibb Correctional Facility
   565 Bibb Lane, Brent AL. 35034

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I was having problems with several Inmates who took my property and threatened me. My Neice had called the Prison for a week trying to get me some Help. She informed me to go to the Shift office. she had informed several people at the Prison and that was what she was told to tell me to do.

When I got to the Shift office I was told to wait outside until I was called for. While waiting CO1 Jeffery T. Westbrook unlocked a gate and let one of

The Individuals through that I had been threatened by. He was barefoot and had his tennis shoes in hand trying to put them on. When I said thats one of them you Just let though, He Told me to Report Back to my living area. I wrapped myself around a pole in the Corridor and officer Westbrook then Choked me unconscious, handcuffed me and Beat me in the Face, Ears and Head, on 2-25-22, Aprox. 12:30 - 1:30 pm

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I would like for the Court to Appoint me Counsel in this matter. I would Also like for the Court to Subpoena for the Video Tape from BiBB Correctional Facility of the Corridor Camera At the Entrance of the Kitchen, Camera's in the Health Care Unit and Camera's in the Shift office for 2-25-22 between 12:30 pm and 6:00 pm. I would like the Court to Issue a Civil Summons to Jeffery T. Westbrook COI and Warden Christopher Gordy and give them 30 Days to Answer to Each and Every Allegation in this Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5-20-22__

SIGNATURE: Jeffery Fair   #145848

ADDRESS: 27889 Nick Davis Rd.
Harvest Al. 35749
K77-13B

AIS # 145848

Cont,

NOTE* I would Also like for the Court to Issue a writ of Arrest for Jeffery T. Westbrook COI At BiBB Correctional Facility, 565 BiBB Lane, Brent Al. 35034. For Excessive Force, Assault on a Inmate, And Police Brutality that the Tape will Clearly show is Fact. I would Also like to Be Given An Affidavit Settlement in the Amount of $_____ To Be Determined By my Attorney when Appointed, for the Damage To my Head and Body that's Causing Loss of memory and off Balance Dizziness that has only gotten worse. I would like for the

## V. Relief Cont. Pag 5

I would like for the Court to set a date to set this matter down for settlement.

These are not just mere allegations, they are the facts of what took place on 2-25-22 at BiBB Correctional Facility. They are very serious allegations that any fair minded person should be able to recognize by looking at the tape of this incident. I am in a dangerous situation here at a maximum security prison, where I am being housed. Due to the prison "Hotline" instructions were already put in place, and I have already had death threats as soon as I was placed in population. If I did anything further to disrupt the flow of the drug trade at BiBB Correctional Facility, by pursuing any thing further on their "Mule" or one of their team of "Mules" that supply the drug trade to the chosen inmates at that facility. I am in fear for my life here not knowing where the deadly retaliation may be coming from. I need immediate help to be placed in a protective custody situation, I am 56 years old and so off-balance there is no way I can protect myself or run from the danger.

Thank you for your time, Respectfully,

Jeffery Fair

2-20-22

/45848

## Motion To Proceed

I Jeffery Lynn Fair, AIS #145848 Request At this Time for this Honorable Court to Allow me to Proceed Informa Pauperis and Appoint me Counsel as I am Indigent and unable to pay the Fee's for this matter due To my Incarceration.

Enclosed is a Informa Pauperis Form that has been Completed By the Business office Here At Limestone Correctional Facility, where I am now being Housed, At A Maximum Security Alabama Penitentiary on A 20 year sentence for Theft of Property, Etowah County Alabama, 2008.

## Certificate of Service

I Jeffery Lynn Fair, Affirm that A Copy of the foregoing Document has been placed in the U.S. Postal mailbox, here At Limestone Correctional Facility in Accordance with the Rules, by myself, Postage Pre-paid and Properly Addressed to the, United States District Court of Alabama, For The Northern District of Alabama.

TO:
United States District Court
Northern District of Alabama, Room
Hugo L. Black U.S. Courthouse 140
1729 5th Avenue North
Birmingham AL. 35203-2195

Done this the 23RD day of MAY, 2022.

/s/ Jeffery Fair #145848
Limestone Correctional Facility
27889 Nick Davis Rd.
Harvest AL. 35749