UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JEFFERY LYNN FAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:22-cv-679-RDP-GMB |
| ) | |
| JEFFERY T. WESTBROOK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Jeffery Lynn Fair initiated this action by filing a *pro se* complaint pursuant to 42 U.S.C. § 1983 alleging violations of his rights under the Constitution or laws of the United States. Doc. 1. The complaint (Doc. 1) and supplemental complaint (Doc. 8) are before a Magistrate Judge for a preliminary report and recommendation. *See* 28 U.S.C. § 636(b)(1); *McCarthy v. Bronson*, 500 U.S. 136 (1991). For the reasons to follow, the Magistrate Judge recommends the dismissal of this action for Fair's failure to prosecute his claims.

## I. DISCUSSION

After the court consolidated another case filed by Fair with the instant case (Doc. 7), he filed two motions to introduce evidence. Docs. 9 & 11. To avoid a piecemeal review of his claims, on October 12, 2022, the court ordered Fair to submit one final amended complaint within 21 days. Doc. 18. The deadline has now passed,

and Fair has not complied with or otherwise responded to the order.

Because Fair has not complied with the court's order, this action is due to be dismissed without prejudice for his failure to prosecute his claims.

## II. RECOMMENDATION

For the reasons stated above, the court RECOMMENDS that all claims in this action be DISMISSED without prejudice.

## III. NOTICE OF RIGHT TO OBJECT

The plaintiff may file specific written objections to this report and recommendation. Any objections must be filed with the Clerk of Court within **14 days.** The plaintiff must identify every objectionable finding of fact or recommendation and state the specific basis for every objection. The plaintiff also must identify every claim in the complaint that the report and recommendation has not addressed. Objections should not contain new allegations, present additional evidence, or repeat legal arguments.

A plaintiff who fails to object to factual or legal conclusions in the Magistrate Judge's report and recommendation waives the right to challenge on appeal those same conclusions adopted in the District Judge's order. Without a proper objection, however, the court on appeal may review the unobjected-to factual and legal conclusions for plain error if necessary in the interests of justice. 11th Cir. R. 3-1.

After receiving the plaintiff's objections, a District Judge will conduct a *de novo* review of the relevant portions of the report and recommendation and may accept, reject, or modify in whole or in part the Magistrate Judge's findings of fact and recommendations.  The District Judge also may refer this action back to the Magistrate Judge with instructions for further proceedings.

The plaintiff may not appeal the Magistrate Judge's report and recommendation directly to the United States Court of Appeals for the Eleventh Circuit.  The plaintiff may appeal only from a final judgment entered by a District Judge.

DONE and ORDERED on November 10, 2022.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE